UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Thomas Cook; Megan Dresch; Laura Galaburda; Jack Glover; David Hall, Monica Hill; Jenny Lynn Kopfstein; Jennifer McGinn; Justin Peacock; James E. Pietrangelo II; Derek Sparks; Stacy Vasquez,<br><br>            Plaintiffs,<br><br>v.<br><br>Donald H. Rumsfeld, Secretary of Defense, Tom Ridge, Secretary of Homeland Security; United States of America,<br><br>            Defendants. | Civil Action No. 04-12546-GAO |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3(b) and on behalf of the plaintiffs Thomas Cook, Megan Dresch, Laura Galaburda, Jack Glover, David Hall, Monica Hill; Jenny Lynn Kopfstein, Jennifer McGinn, Justin Peacock, James E. Pietrangelo II, Derek Sparks and Stacy Vasquez, I, Maura T. Healey move for the admission *pro hac vice* of Stuart F. Delery and state as follows:

1. I am a member of the bar of this Court in good standing.

2. Stuart F. Delery graduated from Yale University in 1993 and was admitted to the practice of law in the Commonwealth of Virginia in 1993, and the District of Columbia in 1996.

3. Stuart F. Delery is a partner at Wilmer Cutler Pickering Hale and Dorr LLP, 2445 M Street, NW, Washington, D.C. 20037.

4. Stuart F. Delery is a member in good standing of the Virginia and District of Columbia bars.

5. There are no disciplinary proceedings against Mr. Delery and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Maura T. Healey requests that Stuart F. Delery of Wilmer Cutler Pickering Hale and Dorr LLP, 2445 M Street, NW, Washington, D.C. 20037, be admitted to practice before this Court for all purposes in connection with the representation of Thomas Cook, Megan Dresch, Laura Galaburda, Jack Glover, David Hall, Monica Hill; Jenny Lynn Kopfstein, Jennifer McGinn, Justin Peacock, James E. Pietrangelo II, Derek Sparks and Stacy Vasquez in this proceeding.

Respectfully submitted,

Jonathan A. Shapiro, Esq. (BBO# 567838)
Maura T. Healey (BBO # 640856)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
617-526-6000
617-526-5000

Dated:  December 7, 2004

# CERTIFICATE OF GOOD STANDING

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, I, Stuart F. Delery, hereby certify that:

1. I was admitted to the bar of the State of Virginia in 1993 and the District of Columbia in 1996. I have been admitted to practice in the United States District Courts for the Eastern District of Virginia, the Eastern District of Michigan, and the District of Columbia.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name and employment contact information are as follows:

   Stuart F. Delery, Esq.
   Wilmer Cutler Pickering Hale and Dorr LLP
   2445 M Street
   Washington, D.C. 20037-1420
   (202) 663-6000
   stuart.delery@wilmerhale.com

Dated: December 7, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Thomas Cook; Megan Dresch; Laura )
Galaburda; Jack Glover; David Hall, )
Monica Hill; Jenny Lynn Kopfstein; )
Jennifer McGinn; Justin Peacock; James E. )
Pietrangelo II; Derek Sparks; Stacy )
Vasquez, )
 )
           Plaintiffs, )  Civil Action No. 04-12546-GAO
 )
v. )
 )
Donald H. Rumsfeld, Secretary of Defense, )
Tom Ridge, Secretary of Homeland )
Security; United States of America, )
 )
           Defendants. )

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3(b) and on behalf of the plaintiffs Thomas Cook, Megan Dresch, Laura Galaburda, Jack Glover, David Hall, Monica Hill; Jenny Lynn Kopfstein, Jennifer McGinn, Justin Peacock, James E. Pietrangelo II, Derek Sparks and Stacy Vasquez, I, Maura T. Healey move for the admission *pro hac vice* of Josh Goldfoot and state as follows:

1. I am a member of the bar of this Court in good standing.

2. Josh Goldfoot graduated from University of Virginia in 1999 and was admitted to the practice of law in the State of California 1999, and the District of Columbia in 2002.

3. Josh Goldfoot is an attorney at Wilmer Cutler Pickering Hale and Dorr LLP, 2445 M Street, NW, Washington, D.C. 20037.

4. Josh Goldfoot is a member in good standing of the California and District of Columbia bars.

5. There are no disciplinary proceedings against Mr. Goldfoot and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Maura T. Healey requests that Josh Goldfoot of Wilmer Cutler Pickering Hale and Dorr LLP, 2445 M Street, NW, Washington, D.C. 20037, be admitted to practice before this Court for all purposes in connection with the representation of Thomas Cook, Megan Dresch, Laura Galaburda, Jack Glover, David Hall, Monica Hill; Jenny Lynn Kopfstein, Jennifer McGinn, Justin Peacock, James E. Pietrangelo II, Derek Sparks and Stacy Vasquez in this proceeding.

Respectfully submitted,

Jonathan A. Shapiro, Esq. (BBO# 567838)
Maura T. Healey (BBO # 640856)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
617-526-6000
617-526-5000

Dated: December 7, 2004

# CERTIFICATE OF GOOD STANDING

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, I, Josh Goldfoot, hereby certify that:

1. I was admitted to the bar of the State of California in 1999. I have been admitted to practice in the United States District Courts for the Northern District of California, the Southern District of California, and the District of Columbia.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name and employment contact information are as follows:

Josh Goldfoot, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street
Washington, D.C. 20037-1420
(202) 663-6000
josh.goldfoot@wilmerhale.com

Dated: December 7, 2004