UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Thomas Cook; Megan Dresch; Laura Galaburda; Jack Glover; David Hall; Monica Hill; Jenny Lynn Kopfstein; Jennifer McGinn; Justin Peacock; James E. Pietrangelo II; Derek Sparks; Stacy Vasquez,<br>　　　　　　　　Plaintiffs,<br>v.<br><br>Donald H. Rumsfeld, Secretary of Defense; Tom Ridge, Secretary of Homeland Security; United States of America<br>　　　　　　　　Defendants. | Civil Action No. 04-12546-GAO |

## NOTICE OF APPEARANCE

Please enter my appearance as co-counsel for the Plaintiffs, Thomas Cook, Megan Dresch, Laura Galaburda, Jack Glover, David Hall, Monica Hill, Jenny Lynn Kopfstein, Jennifer McGinn, Justin Peacock, James E. Pietrangelo II, Derek Sparks, and Stacy Vasquez, in this civil action.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: January 11, 2005　　　　　　/s/ Louis W. Tompros
　　　　　　　　　　　　　　　　　　Louis W. Tompros, Esq. (BBO #657791)
　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE AND
　　　　　　　　　　　　　　　　　　　　DORR LLP
　　　　　　　　　　　　　　　　　　60 State Street
　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02109
　　　　　　　　　　　　　　　　　　Telephone: (617) 526-6000
　　　　　　　　　　　　　　　　　　Facsimile: (617) 526-5000