# UNITED STATES DISTRICT COURT

District of    Massachusetts

FILED
IN CLERKS OFFICE

2005 JAN 20 P 4:42

U.S. DISTRICT COURT
DISTRICT OF MASS.

Thomas Cook; Megan Dresch; Laura Galaburda;
Jack Glover; David Hall; Monica Hill; Jenny Lynn
Kopfstein; Jennifer McGinn; Justin
Peacock; James E. Pietrangelo II;
Derek Sparks, Stacy Vasquez,

    Plaintiffs,

v.

Donald H. Rumsfeld, Secretary of
Defense; Tom Ridge, Secretary of
Homeland Security; United States
of America,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04C 12546 GAO

TO: (Name and address of Defendant)

Michael J. Sullivan, United States Attorney
United States Attorneys Office
John Joseph Moakley Federal Building
One Courthouse Way
Suite 9200
Boston, Massachusetts 02210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan A. Shapiro, Esq.
Maura T. Healey, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109

an answer to the complaint which is served on you with this summons, within    60    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE    DEC 6 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1/14/05 | |
| NAME OF SERVER (PRINT) Mary Watson | TITLE Legal Assistant | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/14/05
            Date

Signature of Server  Mary Watson

Address of Server  1 Courthouse Way, Boston MA 02210

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.