UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Thomas Cook; Megan Dresch; Laura Galaburda; Jack Glover; David Hall, Monica Hill; Jenny Lynn Kopfstein; Jennifer McGinn; Justin Peacock; James E. Pietrangelo II; Derek Sparks; Stacy Vasquez,<br><br>     Plaintiffs,<br><br>  v.<br><br>Donald H. Rumsfeld, Secretary of Defense, Tom Ridge, Secretary of Homeland Security; United States of America,<br><br>     Defendants. | Civil Action No. 04-12546-GAO |

### AFFIDAVIT OF MAURA T. HEALEY

Pursuant to Local Rule 5.2 and on behalf of the plaintiffs Thomas Cook, Megan Dresch, Laura Galaburda, Jack Glover, David Hall, Monica Hill, Jenny Lynn Kopfstein, Jennifer McGinn, Justin Peacock, James E. Pietrangelo II, Derek Sparks and Stacy Vasquez, I, Maura T. Healey state as follows:

1. I am a member of the bar of this Court in good standing.

2. On December 6, 2004 service of the complaint and summons in the above-referenced action was made by United States Postal Service Certified Mail #7000 0600 0028 7350 6613 upon Secretary of Defense Donald Rumsfeld, The White House, 1600 Pennsylvania Avenue NW, Washington, D.C. 20500. Upon failure to receive a Domestic Return Receipt certifying completion of service, I contacted the United States Postal Service. The United States Postal Service informed me that they misplaced the Domestic Return Receipt, however they confirmed

by email (attached as Exhibit A) that service was completed on December 14, 2004 in Washington, DC 20500.

3.      On December 6, 2004 service of the complaint and summons in the above-referenced action was made by United States Postal Service Certified Mail #7000 0600 0028 7350 6637 upon Tom Ridge, U.S. Department of Homeland Security, Washington, D.C. 20528. Upon failure to receive a Domestic Return Receipt certifying completion of service, I contacted the United States Postal Service. The United States Postal Service informed me that they misplaced the Domestic Return Receipt, however, they confirmed by email (attached as Exhibit B) that service was completed on December 14, 2004 in Washington, DC 20528.

Respectfully submitted,

*/s/ Jonathan A. Shapiro*
Jonathan A. Shapiro, Esq. (BBO# 567838)
Maura T. Healey (BBO # 640856)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6000
617-526-5000

Dated: January 20, 2005

USIDOCS 4926861v1