UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS COOK; MEGAN DRESCH; LAURA GALABURDA; JACK GLOVER; DAVID HALL; MONICA HILL; JENNY LYNN KOPFSTEIN; JENNIFER McGINN; JUSTIN PEACOCK; JAMES E. PIETRANGELO II; DEREK SPARKS; STACY VASQUEZ, <br><br>  Plaintiffs, <br><br> v. <br><br> DONALD H. RUMSFELD, Secretary of Defense; TOM RIDGE; Secretary of Homeland Security; UNITED STATES OF AMERICA, <br><br>  Defendants. | Civil Action No. 04-12546 GAO |

**NOTICE OF APPEARANCE**

To the Clerk:

Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as counsel for the defendants, Donald H. Rumsfeld, Secretary of Defense; Tom Ridge, Secretary of Homeland Security; and the United States of America.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                              By:  /s/ Mark T. Quinlivan
                                            MARK T. QUINLIVAN
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            John Joseph Moakley U.S. Courthouse
                                            1 Courthouse Way, Suite 9200
                                            Boston, MA 02210
                                            617-748-3606

Dated: January 25, 2005