UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS COOK; MEGAN DRESCH; LAURA GALABURDA; JACK GLOVER; DAVID HALL; MONICA HILL; JENNY LYNN KOPFSTEIN; JENNIFER McGINN; JUSTIN PEACOCK; JAMES E. PIETRANGELO II; DEREK SPARKS; STACY VASQUEZ, <br>　　　　　　　　　　　Plaintiffs, <br>v. <br><br>DONALD H. RUMSFELD, Secretary of Defense; TOM RIDGE, Secretary of Homeland Security; UNITED STATES OF AMERICA, <br>　　　　　　　　　　　Defendants. | Civil Action No. 04-12546 GAO |

**PLAINTIFFS' ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs Thomas Cook, Megan Dresch, Laura Galaburda, Jack Glover, David Hall, Monica Hill, Jenny Lynn Kopfstein, Jennifer McGinn, Justin Peacock, James E. Pietrangelo II, Derek Sparks, and Stacy Vasquez (collectively "plaintiffs"), respectfully move for an extension of time from February 22, 2005, to March 28, 2005, to file an opposition to Defendants' Motion to Dismiss (Docket No. 8).  In support of this motion, plaintiffs state as follows:

　　　　1.　　Defendants Donald H. Rumsfeld, Tom Ridge, and United States of America (collectively "defendants") filed a motion to dismiss for failure to state a claim upon which relief can be granted in the above-captioned action on February 7, 2005.  Plaintiffs' opposition is currently due on February 22, 2005.

　　　　2.　　To accommodate personal and professional schedules, plaintiffs seek an extension of time to March 28, 2005, to file an opposition to defendants' motion to dismiss.

3. Pursuant to plaintiffs' obligation under Local Rule 7.1(a)(2), plaintiffs certify that they have conferred with defendants through counsel in good faith, and that defendants consent to this motion.

WHEREFORE, plaintiffs respectfully request that the Court extend the deadline for filing an opposition to Defendants' Motion to Dismiss to March 28, 2005.

Respectfully submitted,
**THOMAS COOK; MEGAN DRESCH; LAURA GALABURDA; JACK GLOVER; DAVID HALL; MONICA HILL; JENNY LYNN KOPFSTEIN; JENNIFER McGINN; JUSTIN PEACOCK; JAMES E. PIETRANGELO II; DEREK SPARKS; STACY VASQUEZ,**

By their attorneys,

Dated:  February 15, 2005

/s/ Louis W. Tompros
Jonathan A. Shapiro (BBO #567838)
Maura T. Healey (BBO #640856)
Louis W. Tompros (BBO #657791)
WILMER CUTLER PICKERING HALE AND
   DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Stuart F. Delery
Josh Goldfoot
WILMER CUTLER PICKERING HALE AND
   DORR LLP
2445 M Street, NW
Washington, D.C.  20037
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363