UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Thomas Cook; Megan Dresch; Laura Galaburda; Jack Glover; David Hall; Monica Hill; Jenny Lynn Kopfstein; Jennifer McGinn; Justin Peacock; James E. Pietrangelo II; Derek Sparks; Stacy Vasquez,<br><br>        Plaintiffs,<br>v.<br><br>Donald H. Rumsfeld, Secretary of Defense; Tom Ridge, Secretary of Homeland Security; United States of America<br>        Defendants. | Civil Action No. 04-12546-GAO |

## NOTICE OF APPEARANCE OF MATTHEW A. STOWE

  Please enter my appearance as co-counsel for the Plaintiffs, Thomas Cook, Megan Dresch, Laura Galaburda, Jack Glover, David Hall, Monica Hill, Jenny Lynn Kopfstein, Jennifer McGinn, Justin Peacock, James E. Pietrangelo II, Derek Sparks, and Stacy Vasquez, in this civil action.

                   Respectfully submitted,

Dated: March 23, 2005       /s/ Matthew A. Stowe_____
                   Matthew A. Stowe (BBO #650473)
                   WILMER CUTLER PICKERING HALE AND
                     DORR, LLP
                   60 State Street
                   Boston, Massachusetts 02109
                   Telephone: (617) 526-6000
                   Facsimile: (617) 526-5000