UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Thomas Cook; Megan Dresch; Laura Galaburda; Jack Glover; David Hall; Monica Hill; Jenny Lynn Kopfstein; Jennifer McGinn; Justin Peacock; James E. Pietrangelo II; Derek Sparks; Stacy Vasquez,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>Donald H. Rumsfeld, Secretary of Defense; Michael Chertoff, Secretary of Homeland Security; United States of America,<br>　　　　　　Defendants. | No. 04 CV 12546 GAO |

## ASSENTED TO MOTION TO RESCHEDULE
## HEARING ON MOTION TO DISMISS

　　Plaintiffs, Thomas Cook, Megan Dresch, Laura Galaburda, Jack Glover, David Hall, Monica Hill, Jenny Lynn Kopfstein, Jennifer McGinn, Justin Peacock, James E. Pietrangelo II, Derek Sparks, and Stacy Vasquez, ("Plaintiffs") respectfully request that the Court continue to a later date the June 29, 2005 hearing on Defendants' Motion to Dismiss. As grounds therefore, Plaintiffs state that their lead counsel has a scheduling conflict due to family and travel commitments the week of June 27, 2005. Plaintiffs further state that counsel for all parties have conferred and that Defendants' counsel has assented to this motion. All counsel are available July 6-9, 2005, or thereafter at the Court's convenience.

　　WHEREFORE, the Plaintiffs respectfully request that the Court continue the hearing on Defendants' Motion to Dismiss.

Dated: May 27, 2005

/s/ Maura T. Healey
Jonathan A. Shapiro
Maura T. Healey
Matthew A. Stowe
Louis W. Tompros
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000
(617) 526-5000 (Fax)

Sharra E. Greer
Kathi S. Westcott
Sharon E. Debbage Alexander
SERVICEMEMBERS LEGAL DEFENSE NETWORK
P.O. Box 65301
Washington, DC  20035
(202) 328-3244
(202) 797-1635 (Fax)

Stuart F. Delery
Alison J. Nathan
WILMER CUTLER PICKERING HALE
   AND DORR LLP
2445 M Street NW
Washington, DC  20037
(202) 663-6000
(202) 663-6363 (Fax)

*Counsel for Plaintiffs*

**Certificate of Service**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on May 27, 2005.

/s/ Maura T. Healey