UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS COOK, ET AL
        Plaintiff(s)

v.          CIVIL ACTION NO. 04-12546-GAO

DONALD H. RUMSFELD, ET AL
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**Pursuant to the court's Memorandum and Order, dated April 24, 2006, as a matter of law, the plaintiffs' complaint fails to state a claim upon which relief can be granted. Therefore, the defendants' motion to dismiss the complaint is ALLOWED and the complaint is DISMISSED.**

SARAH A. THORNTON,
CLERK OF COURT

Dated: 4/24/06          By Paul Lyness
                                  Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)