UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 MAY -4 A 11:47
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| THOMAS COOK, *et al.* | JUDGE GEORGE A. O'TOOLE, JR. |
| *Plaintiffs,* | CASE NO. 04CV12546 GAO |
| v. | |
| DONALD H. RUMSFELD, *et al.* Secretary of Defense | |
| *Defendants.* | |

### NOTICE OF *PRO SE* APPEARANCE

Plaintiff, James E. Pietrangelo, II, hereby respectfully gives notice to this Court of his appearance in this case on his own behalf in order to file a motion for reconsideration. Plaintiff was formerly represented by attorneys from SLDN and WilmerHale.

Respectfully submitted,

Dated: April 27, 2006 at Burlington, Vermont.

*James E. Pietrangelo, II*
JAMES E. PIETRANGELO, II, Esq.
Vermont Bar License # 4265
P.O. Box 9231
South Burlington, VT 05407
(802) 338-0501

Plaintiff *Pro Se*

1

## AFFIDAVIT OF SERVICE

I, JAMES E. PIETRANGELO, II, being duly sworn, state that on May 2, 2006, I served the foregoing *Notice of Pro Se Appearance* on all parties by mailing a copy of same via first-class, postage prepaid, U.S. Mail to:

**Mark T. Quinlivan, Esq.**
**U.S. Attorney's Office**
Suite 9200
1 Courthouse Way
Boston, MA 02210
*Counsel for Defendants.*

**Stuart F. Delery, Esq.**
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, NW
Washington, D.C. 20037
*A Counsel for Plaintiffs.*

*[signature]*
JAMES E. PIETRANGELO, II

Sworn to and subscribed before me on May 2, 2006.

*[signature]*
NOTARY PUBLIC

NOTARY PUBLIC
MY COMMISSION EXPIRES
02/07