UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Thomas Cook; Megan Dresch; Laura Galaburda; Jack Glover; David Hall; Monica Hill; Jenny Lynn Kopfstein; Jennifer McGinn; Justin Peacock; James E. Pietrangelo II; Derek Sparks; Stacy Vasquez,<br><br>    Plaintiffs,<br><br>v.<br><br>Donald H. Rumsfeld, Secretary of Defense; Michael Chertoff, Secretary of Homeland Security; United States of America,<br><br>    Defendants. | Civil Action No. 04-12546 GAO |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Stuart F. Delery, Jonathan A. Shapiro, Maura T. Healey, Alison Nathan, Matthew A. Stowe, and Louis W. Tompros of Wilmer Cutler Picking Hale and Dorr LLP,[1] and Sharra E. Greer, Kathi S. Wescott, and Sharon E. Debbage Alexander of Servicemembers Legal Defense Network, hereby give notice that they will no longer serve as counsel for plaintiff James E. Pietrangelo II.  The undersigned state that there are no motions pending, with the exception of a motion for reconsideration that Mr. Pietrangelo filed contemporaneously with his Notice of *Pro Se* Appearance.

---

[1] Josh Goldfoot, previously admitted *pro hac vice*, is no longer an attorney at Wilmer Cutler Pickering Hale and Dorr LLP.

                Respectfully submitted,

By:  /s/ Matthew A. Stowe_____
     Jonathan A. Shapiro (BBO #567838)
     Maura T. Healey (BBO #640856)
     Matthew A. Stowe (BBO #650473)
     Louis W. Tompros (BBO #657791)
     WILMER CUTLER PICKERING
        HALE AND DORR LLP
     60 State Street
     Boston, MA 02109
     (617) 526-6000
     (617) 526-5000 (Fax)

| | |
|---|---|
| Sharra E. Greer | Stuart F. Delery |
| Kathi S. Westcott | WILMER CUTLER PICKERING |
| Sharon E. Debbage Alexander |    HALE AND DORR LLP |
| SERVICEMEMBERS LEGAL DEFENSE NETWORK | 1875 Pennsylvania Ave., NW |
| P.O. Box 65301 | Washington, DC 20006 |
| Washington, DC 20035 | (202) 663-6000 |
| (202) 328-3244 | (202) 663-6363 (Fax) |
| (202) 797-1635 (Fax) | |

Dated: May 4, 2006

1

## CERTIFICATE OF SERVICE

I, Matthew A. Stowe, hereby certify that I caused a copy of the within document to be served by electronic notification or first-class mail upon:

>Mark T. Quinlivan
>Assistant United States Attorney
>United States Attorney's Office
>John Joseph Moakley U.S. Courthouse
>1 Courthouse Way, Suite 9200
>Boston, MA  02210
>
>James E. Pietrangelo II, Esq.
>P.O. Box 9231
>South Burlington, VT 05407

>/s/ Matthew A. Stowe___
>Matthew A. Stowe

Dated:  May 4, 2006