UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Thomas Cook; Megan Dresch; Laura Galaburda; Jack Glover; David Hall; Monica Hill; Jenny Lynn Kopfstein; Jennifer McGinn; Justin Peacock; James E. Pietrangelo II; Derek Sparks; Stacy Vasquez,<br><br>  Plaintiffs,<br><br>  v.<br><br>Donald H. Rumsfeld, Secretary of Defense; Michael Chertoff, Secretary of Homeland Security; United States of America,<br><br>  Defendants. | Civil Action No. 04-12546 GAO |

## NOTICE OF CHANGE OF ADDRESS

Effective May 1, 2006, please note that the address for Stuart F. Delery of Wilmer Cutler Pickering Hale and Dorr LLP has been changed to: 1875 Pennsylvania Ave., N.W., Washington, D.C., 20006.  Please note that the telephone and fax numbers remain the same.  Please further note that this change does not affect the address or contact information for the Boston office of Wilmer Cutler Pickering Hale and Dorr LLP.

Respectfully submitted,

PLAINTIFFS

Thomas Cook; Megan Dresch; Laura Galaburda; Jack Glover; David Hall; Monica Hill; Jenny Lynn Kopfstein; Jennifer McGinn; Justin Peacock; Derek Sparks; Stacy Vasquez,

By: /s/ Matthew A. Stowe_____
Jonathan A. Shapiro (BBO #567838)
Maura T. Healey (BBO #640856)
Matthew A. Stowe (BBO #650473)
Louis W. Tompros (BBO #657791)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000 (Fax)

Sharra E. Greer
Kathi S. Westcott
Sharon E. Debbage Alexander
SERVICEMEMBERS LEGAL DEFENSE NETWORK
P.O. Box 65301
Washington, DC 20035
(202) 328-3244
(202) 797-1635 (Fax)

Stuart F. Delery
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6000
(202) 663-6363 (Fax)

Dated: May 4, 2006

## CERTIFICATE OF SERVICE

I, Matthew A. Stowe, hereby certify that I caused a copy of the within document to be served by electronic notification or first-class mail upon:

Mark T. Quinlivan
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

James E. Pietrangelo II, Esq.
P.O. Box 9231
South Burlington, VT 05407

/s/ Matthew A. Stowe\_\_\_
Matthew A. Stowe

Dated: May 4, 2006

1