UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Thomas Cook; Megan Dresch; Laura Galaburda; Jack Glover; David Hall; Monica Hill; Jenny Lynn Kopfstein; Jennifer McGinn; Justin Peacock; James E. Pietrangelo II; Derek Sparks; Stacy Vasquez,<br><br>                    Plaintiffs,<br><br>                    v.<br><br>Donald H. Rumsfeld, Secretary of Defense; Michael Chertoff, Secretary of Homeland Security; United States of America,<br><br>                  Defendants. | Civil Action No. 04-12546 GAO |

## MOTION FOR LEAVE TO FILE MEMORANDUM BY NON-MOVING PLAINTIFFS TO ADDRESS DEFENDANTS' OPPOSITION TO JAMES E. PIETRANGELO II'S MOTION FOR RECONSIDERATION

                                                    Jonathan A. Shapiro (BBO #567838)
                                                    Maura T. Healey (BBO #640856)
                                                      Matthew A. Stowe (BBO #650473)
                                                     Louis W. Tompros (BBO #657791)
                                                     WILMER CUTLER PICKERING
                                                         HALE AND DORR LLP
                                                     60 State Street
                                                     Boston, MA 02109
                                                     (617) 526-6000
                                                     (617) 526-5000 (Fax)

| | |
|---|---|
| Sharra E. Greer<br>Kathi S. Westcott<br>Sharon E. Debbage Alexander<br>SERVICEMEMBERS LEGAL DEFENSE NETWORK<br>P.O. Box 65301<br>Washington, DC 20035<br>(202) 328-3244<br>(202) 797-1635 (Fax) | Stuart F. Delery<br>Benjamin C. Mizer<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 663-6000<br>(202) 663-6363 (Fax) |

May 30, 2006

Plaintiffs who have not joined Mr. James E. Pietrangelo II's Motion for Reconsideration ("Non-Moving Plaintiffs") hereby request leave to file the accompanying Memorandum to Address Defendants' Opposition to Mr. Pietrangelo's Motion for Reconsideration. In support of this motion, Non-Moving Plaintiffs state that Defendants' Opposition purports to characterize Plaintiffs' arguments in the underlying proceeding, and Non-Moving Plaintiffs wish to respond briefly to those characterizations. Mr. Pietrangelo and counsel for Defendants have both indicated that they do not oppose Non-Moving Plaintiffs' Motion.

Respectfully submitted,

Thomas Cook; Megan Dresch; Laura Galaburda; Jack Glover; David Hall; Monica Hill; Jenny Lynn Kopfstein; Jennifer McGinn; Justin Peacock; Derek Sparks; Stacy Vasquez

By: _/s/ Matthew A. Stowe_____
Jonathan A. Shapiro (BBO #567838)
Maura T. Healey (BBO #640856)
Matthew A. Stowe (BBO #650473)
Louis W. Tompros (BBO #657791)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000
(617) 526-5000 (Fax)

Sharra E. Greer
Kathi S. Westcott
Sharon E. Debbage Alexander
SERVICEMEMBERS LEGAL DEFENSE NETWORK
P.O. Box 65301
Washington, DC  20035
(202) 328-3244
(202) 797-1635 (Fax)

Stuart F. Delery
Benjamin C. Mizer
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000
(202) 663-6363 (Fax)

Dated: May 30, 2006

**CERTIFICATE OF SERVICE**

    I, Matthew A.Stowe, hereby certify that I caused a copy of the within document to be served by electronic notification upon:

>Mark T. Quinlivan
>Assistant United States Attorney
>United States Attorney's Office
>John Joseph Moakley U.S. Courthouse
>1 Courthouse Way, Suite 9200
>Boston, MA  02210

    A paper copy has been sent to:

>James E. Pietrangelo, II, Esq.
>P.O. Box 9231
>South Burlington, VT  05407

                                                 /s/ Matthew A. Stowe___
                                                 Matthew A. Stowe

Dated:  May 30, 2006