UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Thomas Cook; Megan Dresch; Laura Galaburda; Jack Glover; David Hall; Monica Hill; Jenny Lynn Kopfstein; Jennifer McGinn; Justin Peacock; James E. Pietrangelo II; Derek Sparks; Stacy Vasquez,<br><br>  Plaintiffs,<br><br>  v.<br><br>Donald H. Rumsfeld, Secretary of Defense; Michael Chertoff, Secretary of Homeland Security; United States of America,<br><br>  Defendants. | Civil Action No. 04-12546 GAO |

## AMENDED NOTICE OF APPEAL

|  |  |
|---|---|
|  | Jonathan A. Shapiro (BBO #567838)<br>Maura T. Healey (BBO #640856)<br>Matthew A. Stowe (BBO #650473)<br>Louis W. Tompros (BBO #657791)<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>(617) 526-6000<br>(617) 526-5000 (Fax) |
| Sharra E. Greer<br>Kathi S. Westcott<br>Sharon E. Debbage Alexander<br>SERVICEMEMBERS LEGAL DEFENSE NETWORK<br>P.O. Box  65301<br>Washington, DC  20035<br>(202) 328-3244<br>(202) 797-1635 (Fax) | Stuart F. Delery<br>Benjamin C. Mizer<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>(202) 663-6000<br>(202) 663-6363 (Fax) |

June 22, 2006

Notice is given that Plaintiffs Thomas Cook, Megan Dresch, Laura Galaburda, Jack Glover, David Hall, Monica Hill, Jenny Lynn Kopfstein, Jennifer McGinn, Justin Peacock, Derek Sparks, and Stacy Vasquez—that is, all named Plaintiffs excluding James E. Pietrangelo II—hereby appeal to the United States Court of Appeals for the First Circuit from the Judgment of the District Court for the District of Massachusetts, entered in this case by Judge George A. O'Toole, Jr., on April 24, 2006, and from the Memorandum and Order of the same date, which ordered that Defendants' Motion to Dismiss the Complaint is allowed and that the Complaint is dismissed.

At the time of the filing of this Notice of Appeal, a motion remains pending in the District Court. On May 4, 2006, Plaintiff James E. Pietrangelo II filed a "Motion for Reconsideration"; the District Court has not yet disposed of that Motion, nor has the Court indicated whether it will construe the Motion as one to alter or amend the judgment under Federal Rule of Civil Procedure 59(e). If the District Court considers the Motion under Rule 59(e), then this Notice of Appeal becomes effective when the Court enters an order disposing of the Motion. *See* Fed. R. App. P. 4(a)(4)(B)(i). If the District Court treats the Motion as one brought under some rule other than those listed in Federal Rule of Appellate Procedure 4(a)(4)(A), then this Notice of Appeal is due 60 days after the April 24, 2006, Judgment, Memorandum and Order were entered—that is, on June 23, 2006.

The parties to the Judgment, Memorandum and Order appealed from and the names and addresses of their respective attorneys are as follows:

<u>Plaintiffs Thomas Cook, Megan Dresch, Laura Galaburda, Jack Glover, David Hall, Monica Hill, Jenny Lynn Kopfstein, Jennifer McGinn, Justin Peacock, Derek Sparks, and Stacy Vasquez</u>

| | |
|---|---|
| Jonathan A. Shapiro | Stuart F. Delery |
| Maura T. Healey | Benjamin C. Mizer |
| Matthew A. Stowe | Wilmer Cutler Pickering |
| Louis W. Tompros |    Hale and Dorr LLP |
| Wilmer Cutler Pickering | 1875 Pennsylvania Avenue, NW |
|    Hale and Dorr LLP | Washington, DC  20006 |

1

60 State Street
Boston MA  02109

Sharra E. Greer
Kathi S. Westcott
Sharon E. Debbage Alexander
Servicemembers Legal Defense Network
P.O. Box 65301
Washington, DC  20035


<u>Plaintiff James E. Pietrangelo II, Esq.</u>
P.O. Box 9231
South Burlington, VT  05407


<u>Donald H. Rumsfeld, Secretary of Defense; Michael Chertoff, Secretary of Homeland Security;</u>
<u>United States of America</u>
Mark T. Quinlivan
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210

                Respectfully submitted,

                Thomas Cook; Megan Dresch; Laura Galaburda; Jack Glover; David Hall; Monica Hill; Jenny Lynn Kopfstein; Jennifer McGinn; Justin Peacock; Derek Sparks; Stacy Vasquez

  By:  _/s/  Louis W. Tompros_____
      Jonathan A. Shapiro (BBO #567838)
      Maura T. Healey (BBO #640856)
      Matthew A. Stowe (BBO #650473)
      Louis W. Tompros (BBO #657791)
      WILMER CUTLER PICKERING
          HALE AND DORR LLP
      60 State Street
      Boston, MA  02109
      (617) 526-6000
      (617) 526-5000 (Fax)

| | |
|---|---|
| Sharra E. Greer | Stuart F. Delery |
| Kathi S. Westcott | Benjamin C. Mizer |
| Sharon E. Debbage Alexander | WILMER CUTLER PICKERING |
| SERVICEMEMBERS LEGAL DEFENSE NETWORK | HALE AND DORR LLP |
| P.O. Box 65301 | 1875 Pennsylvania Avenue, NW |
| Washington, DC  20035 | Washington, DC  20006 |
| (202) 328-3244 | (202) 663-6000 |
| (202) 797-1635 (Fax) | (202) 663-6363 (Fax) |

Dated: June 22, 2006

## CERTIFICATE OF SERVICE

I, Louis W. Tompros, hereby certify that I caused a copy of the Notice of Appeal to be served on the following parties by the methods indicated:

| | |
|---|---|
| Mark T. Quinlivan<br>Assistant United States Attorney<br>United States Attorney's Office<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210 | (by electronic notification) |
| James E. Pietrangelo II, Esq.<br>P.O. Box 9231<br>South Burlington, VT  05407 | (by U.S. Mail) |

/s/ Louis W. Tompros  
Louis W. Tompros

Dated:  June 22, 2006