UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS COOK, *et al.* ) | |
| ) | JUDGE GEORGE A. O'TOOLE, JR. |
| *Plaintiffs,* ) | |
| ) | CASE NO. 1:04-cv-12546-GAO |
| v. ) | |
| ) | |
| DONALD H. RUMSFELD, *et al.* ) | |
| Secretary of Defense ) | |
| ) | |
| *Defendants.* ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff James E. Pietrangelo, II appeals to the United States Court of Appeals for the First Circuit from the Judgment of the District Court for the District of Massachusetts, entered in this case by Judge George A. O'Toole, Jr., on April 24, 2006, and from the Memorandum and Order of the same date, which ordered that Defendants' Motion to Dismiss the Complaint is allowed and that the Complaint is dismissed.

Respectfully submitted,

Dated: September 15, 2006.

*James E. Pietrangelo, II*
JAMES E. PIETRANGELO, II, Esq.
Vermont Bar License # 4265
P.O. Box 9231
South Burlington, VT 05407
(802) 338-0501

*Pro Se*