# United States Court of Appeals
## For the First Circuit

04-12546

No. 06-2313

THOMAS COOK, ET AL.,

Plaintiffs, Appellants,

JAMES E. PIETRANGELO, II,

Plaintiff,

v.

ROBERT M. GATES, ET AL.,

Defendants, Appellees.

No. 06-2381

THOMAS COOK, ET AL.,

Plaintiffs,

JAMES E. PIETRANGELO, II,

Plaintiff, Appellant,

v.

ROBERT M. GATES, ET AL.,

Defendants, Appellees.

ORDER OF COURT

Entered:  February 28, 2007

The motion to strike the amicus brief filed by The National Legal Foundation is denied.  The clerk will supply appellant Pietrangelo with a copy of the amicus brief.

By the Court:

Richard Cushing Donovan, Clerk.

By: **MARGARET CARTER**  _____
   Chief Deputy Clerk.

[cc: Messrs: Tompros, Shapiro, Stowe, Goldfoot, Delery, Mizer, Pietrangelo, Quinlivan, Mortenson, Tax, Wolff, Joyce, Buseck, Hohengarten, Platzer, Coles, Choe, Weiner, Hill, Anderson, Veta, Bies, Fitschen, Hodge, Katsas, Ms. Alexander, Ms. Westcott, Ms. Greer, Ms. Healey, Ms. Saxe, Ms. Wunsch, Ms. Jones, Ms. Logue, Ms. Bonauto and Ms. Seitz]