UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

USCA Docket Number: 06-2313

USDC Docket Number : 04-cv-12546

Thomas Cook, et al

v.

Donald H. Rumsfeld, et al

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

36

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 1, 2007.

By: _____
Sarah A. Thornton, Clerk of Court
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: __3/1/07__.

_____
Deputy Clerk, US Court of Appeals

- 3/06