# United States Court of Appeals
## For the First Circuit

No. 06-2313

THOMAS COOK; MEGAN DRESCH; LAURA GALABURDA; JACK GLOVER;
DAVID HALL; MONICA HILL; JENNY LYNN KOPFSTEIN;
JENNIFER MCGINN; JUSTIN PEACOCK; DEREK SPARKS;
STACY VASQUEZ,

Plaintiffs - Appellants,

JAMES E. PIETRANGELO, II,

Plaintiff,

v.

ROBERT M. GATES, Secretary of Defense; MICHAEL CHERTOFF,
Secretary of Homeland Security; UNITED STATES,

Defendants - Appellees.

No. 06-2381

THOMAS COOK; MEGAN DRESCH; LAURA GALABURDA; JACK GLOVER;
DAVID HALL; MONICA HILL; JENNY LYNN KOPFSTEIN; JENNIFER
MCGINN; JUSTIN PEACOCK; DEREK SPARKS; STACY VASQUEZ,

Plaintiffs,

JAMES E. PIETRANGELO, II,

Plaintiff - Appellant

v.

ROBERT M. GATES, Secretary of Defense;
MICHAEL CHERTOFF, Secretary of Homeland Security; UNITED STATES,

Defendants - Appellees.

ORDER OF COURT

Entered: March 30, 2007
Pursuant to 1st Cir. R. 27.0(d)

    Attorney Susan L. Sommer's request to be substituted for Attorney Bonnie Jones and Attorney Patricia Logue on behalf of amicus curiae, Lambda Legal Defense and Education Fund is allowed.

By the Court:

Richard Cushing Donovan, Clerk

By _____
    Chief Deputy Clerk.

[cc: Messrs: Tompros, Shapiro, Stowe, Goldfoot, Delery, Mizer, Pietrangelo, Quinlivan, Mortenson, Tax, Wolff, Joyce, Buseck, Hohengarten, Platzer, Coles, Choe, Weiner, Hill, Anderson, Veta, Bies, Fitschen, Hodge, Ms. Alexander, Ms. Westcott, Ms. Greer, Ms. Healey, Ms. Saxe, Ms. Wunsch, Ms. Jones, Ms. Logue, Ms. Bonauto, Ms. Seitz and Ms. Sommer]