*J. Saris*

*FYI*

*04-12546*

# United States Court of Appeals
## For the First Circuit

---

No. 06-2313

THOMAS COOK; MEGAN DRESCH; LAURA GALABURDA; JACK GLOVER;
DAVID HALL; MONICA HILL; JENNY LYNN KOPFSTEIN;
JENNIFER MCGINN; JUSTIN PEACOCK; DEREK SPARKS;
STACY VASQUEZ,

Plaintiffs - Appellants,

---

JAMES E. PIETRANGELO, II,

Plaintiff,

v.

ROBERT M. GATES, Secretary of Defense; MICHAEL CHERTOFF,
Secretary of Homeland Security; UNITED STATES,

Defendants - Appellees.

---

No. 06-2381

THOMAS COOK; MEGAN DRESCH; LAURA GALABURDA; JACK GLOVER;
DAVID HALL; MONICA HILL; JENNY LYNN KOPFSTEIN; JENNIFER
MCGINN; JUSTIN PEACOCK; DEREK SPARKS; STACY VASQUEZ,

Plaintiffs,

---

JAMES E. PIETRANGELO, II,

Plaintiff - Appellant

v.

ROBERT M. GATES, Secretary of Defense;
MICHAEL CHERTOFF, Secretary of Homeland Security; UNITED STATES,

Defendants - Appellees.

---

ORDER OF COURT

Entered: May 25, 2007
Pursuant to 1st Cir. R. 27.0(d)

Attorney Stuart F. Delery's motion to withdraw Benjamin C. Mizer, Maura T. Healey, Matthew Allen Stowe and Josh Goldfoot as counsel for the Cook plaintiffs in No. 06-2313 is allowed.

By the Court:

Richard Cushing Donovan, Clerk

By_____MARGARET CARTER_____
    Chief Deputy Clerk.

[cc: Messrs: Tompros, Shapiro, Stowe, Goldfoot, Delery, Mizer, Pietrangelo, Quinlivan, Mortenson, Tax, Wolff, Joyce, Buseck, Hohengarten, Platzer, Coles, Choe, Weiner, Hill, Anderson, Bies, Fitschen, Hodge, Katsas, Ms. Alexander, Ms. Westcott, Ms. Greer, Ms. Healey, Ms. Saxe, Ms. Wunsch, Ms. Bonauto, Ms. Seitz, Ms. Veta and Ms. Sommer]