UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Thomas Cook; Megan Dresch; Laura Galaburda; Jack Glover; David Hall; Monica Hill; Jenny Lynn Kopfstein; Jennifer McGinn; Justin Peacock; James E. Pietrangelo II; Derek Sparks; Stacy Vasquez,
               Plaintiffs,

v.

Donald H. Rumsfeld, Secretary of Defense; Michael Chertoff, Secretary of Homeland Security; United States of America,
               Defendants.

Civil Action No. 04-12546 GAO

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Louis W. Tompros as counsel for Plaintiffs Thomas Cook, Megan Dresch, Laura Galaburda, Jack Glover, David Hall, Monica Hill, Jenny Lynn Kopfstein, Jennifer McGinn, Justin Peacock, Derek Sparks, and Stacy Vasquez.

- 2 -

Respectfully submitted,

Plaintiffs Thomas Cook, Megan Dresch, Laura Galaburda, Jack Glover, David Hall, Monica Hill, Jenny Lynn Kopfstein, Jennifer McGinn, Justin Peacock, Derek Sparks, and Stacy Vasquez

By: /s/ Louis W. Tompros
Louis W. Tompros (BBO #657791)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000 (Fax)

Stuart F. Delery
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
(202) 663-6363 (Fax)

Dated: February 14, 2008

**CERTIFICATE OF SERVICE**

I, Louis W. Tompros, hereby certify that I caused a copy of the within document to be served by first class mail, postage prepaid, on the following individuals:

Michael J. Sullivan, United States Attorney
Mark T. Quinlivan, Asst. United States Attorney
United States Attorney's Office
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3606
*Counsel for Defendant*

James E. Pietrangelo, II, Esq.
P.O. Box 9231
South Burlington, VT 05407
*Pro Se Plaintiff*

Matthew A. Coles
Kenneth Y. Choe
Rose A. Saxe
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

Sarah Wunsch
ACLU Foundation of Massachusetts
211 Congress Street, 3rd Floor
Boston, MA 02110

D. Jean Veta
John C. Bies
Covington & Burling
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401

Tobias Barrington Wolff
University of Pennsylvania Law School
3400 Chestnut Street
Philadelphia, PA 19104

Gary D. Buseck
Mary L. Bonuato
Gay & Lesbian Advocates and Defenders
30 Winter Street
Boston, MA 02108

William M. Hohengarten
Luke C. Platzer
Jenner & Block LLP
601 13th Sreet N.W., Suite 1200 South
Washington, D.C. 20005

Patricia M. Logue
Lamda Legal Defense and Education Fund, Inc.
11 E. Adams St., Suite 1008
Chicago, IL 60603

Bonnie Scott Jones
Lamda Legal Defense and Education Fund, Inc.
120 Wall Street
New York, NY 10005

Robert Weiner
Leslie M. Hill
Christopher Anderson
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

Virginia Seitz
Eamon P. Joyce
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20006

Steven W. Fitschen
Barry C. Hodge
2224 Virginia Beach Blvd., Suite 204
Virginia Beach, VA  23454

/s/ Louis W. Tompros
Louis W. Tompros

Dated:  February 14, 2008

US1DOCS 6557235v1