C4-12546

# United States Court of Appeals
## For the First Circuit

No. 06-2313

THOMAS COOK; MEGAN DRESCH; LAURA GALABURDA; JACK GLOVER;
DAVID HALL; MONICA HILL; JENNY LYNN KOPFSTEIN;
JENNIFER MCGINN; JUSTIN PEACOCK; DEREK SPARKS; STACY VASQUEZ

Plaintiffs - Appellants

JAMES E. PIETRANGELO, II

Plaintiff

v.

ROBERT M. GATES, Secretary of Defense; MICHAEL CHERTOFF,
Secretary of Homeland Security; UNITED STATES

Defendants - Appellees

No. 06-2381

THOMAS COOK; MEGAN DRESCH; LAURA GALABURDA; JACK GLOVER;
DAVID HALL; MONICA HILL; JENNY LYNN KOPFSTEIN; JENNIFER
MCGINN; JUSTIN PEACOCK; DEREK SPARKS; STACY VASQUEZ,

Plaintiffs

JAMES E. PIETRANGELO, II

Plaintiff - Appellant

v.

ROBERT M. GATES, Secretary of Defense;
MICHAEL CHERTOFF, Secretary of Homeland Security; UNITED STATES

Defendants - Appellees

ORDER OF COURT

Entered: August 8, 2008

Plaintiffs-Appellants' motion in No. 06-2313 to amend caption is denied.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc:
Stuart F. Delery
Jonathon A. Shapiro
Julian Davis Mortenson
Craig Earl Estes
Carey Bollinger
Barry C. Hodge
Steven W. Fitschen
Luke C. Platzer
Sarah R. Wunsch
Matthew A. Coles
John Edward Bies
Susan Sommer
Robert N. Weiner
Aaron David Tax
Eamon P. Joyce
Sharra E. Greer
Kenneth Y. Choe
Kathi S. Westcott
Mary L. Bonauto
Gary D. Buseck
D. Jean Veta
Virginia A. Seitz
Rose A. Saxe
William M. Hohengarten
Gregory G. Katsas
Mark T. Quinlivan
Tobias B. Wolff
Christopher Paul Anderson
James E. Pietrangelo
Emily B. Hecht